UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 04-1241

DANIELLE NELSON,

Plaintiff - Appellant,

versus

JO ANNE B. BARNHART, COMMISSIONER OF SOCIAL
SECURITY,

Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Theresa C. Buchanan, Magistrate Judge. (CA-03-842)

Submitted: July 30, 2004          Decided: August 18, 2004

Before WIDENER, TRAXLER, and GREGORY, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Bruce K. Billman, Fredericksburg, Virginia, for Appellant. Paul J. McNulty, United States Attorney, Dennis E. Szybala, Assistant United States Attorney, Lisa De Soto, General Counsel, Thomas Crawley, Deputy General Counsel, Karen J. Aviles, OFFICE OF GENERAL COUNSEL, Baltimore, Maryland, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Danielle Nelson appeals the district court's order dismissing this action for lack of subject matter jurisdiction. We have reviewed the record and find no reversible error. Accordingly, we dismiss the appeal for the reasons stated by the district court. See Nelson v. Barnhart, No. CA-03-842 (E.D. Va. filed Dec. 19, 2003, entered Dec. 22, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED